

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00060-CV

———————————————

LARRY LYDICK, LAWRENCE DREW LYDICK, AND DAVID MACONCHY,
Appellants

V.

ARAL PAZARLAMA INSAAT PETROL IC VE DIS TICARET ANONIM SIKRETI
D/B/A ARAL, INC., Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-305748-19

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Notice of Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 11, 2024